GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2024 FEB 21 PM 3: 46

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-00788 TUC-JGZ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Margaret Theda Young,

    Defendant.

No.

**I N D I C T M E N T**

VIO: 18 U.S.C. § 924(a)(1)(A)
(Making False Statement in Connection with Acquisition of Firearms)
Count 1

**THE GRAND JURY CHARGES:**

COUNT 1

On or about February 13, 2023, in the District of Arizona, the Defendant MARGARET THEDA YOUNG, in connection with the acquisition of a firearm, knowingly made false statements and representations to the Clearance Outdoors, LLC, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Clearance Outdoors, LLC,, in that Defendant stated in writing that her address was in Mohave Valley, Arizona, whereas in truth and fact, that was

not Defendant's current address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: February 21, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
SARAH B. HOUSTON
Assistant U.S. Attorney